United States District Court
Southern District of Texas
**ENTERED**

# JUL 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
**FILED**

# JUL 23 1998

**Michael N. Milby**
**Clerk of Court**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

MARIA DE LA LUZ CALDERON
DE LEON,

vs.

UNITED STATES OF AMERICA,

CIVIL ACTION NO. B-97-037

**(636(c))**

## ORDER OF DISMISSAL

On this day came on to be heard the joint motion of the United States of America, defendant herein, and Maria De La Luz Calderon De Leon, plaintiff herein, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the plaintiff to refile same or any party thereof. All costs of court are taxed against the party by whom incurred.

SIGNED this **23rd** day of _____**July**_____, 1998, in Brownsville, Texas.

FIDENCIO G. GARZA, JR.
United States Magistrate Judge